**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| F.B., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil A. No. 3:26-717 |
| | ) | Judge Nora Barry Fischer |
| Leonard Oddo, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF COURT**

AND NOW, this 22nd day of May, 2026, upon consideration of the Status Report filed by Respondents indicating that a bond hearing was held on May 13, 2026 and Petitioner was released from detention on May 20, 2026, (Docket No. 14), and the Court's Memorandum Order having left open the matter and noted that Petitioner may apply to this Court for further relief if the IJ had not afforded her constitutionally adequate procedures, (Docket No. 13 at 9-10),

IT IS HEREBY ORDERED that the remaining claims in the Petition challenging the constitutionality of Petitioner's detention are DENIED, as moot, given her release from detention, *see e.g., Ndaula v. Warden Clinton County Correctional Facility*, App. No. 19-3440, 2020 WL 6277544 (3d Cir. Jul. 9, 2020) ("The petition, as amended, challenged the constitutionality of Appellant's detention by United States Immigration and Customs Enforcement. While this appeal was pending, Appellant was granted deferral of removal and was released from custody. As a result, the appeal has been rendered moot."); and,

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: counsel of record